TDCJ Offender Details       58,963-04   Page 1 of 2

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
TDCJ Home
New Offender Search



# Offender Information Details

> Return to Search list

| | |
|---|---|
| **SID Number:** | 03676748 |
| **TDCJ Number:** | 00637445 |
| **Name:** | MILLER,STEPHEN FORREST |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1966-08-06 |
| **Maximum Sentence Date:** | 2020-01-21 |
| **Current Facility:** | DOMINGUEZ |
| **Projected Release Date:** | 2017-01-04 |
| **Parole Eligibility Date:** | 2014-08-19 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1992-04-14 | POSS COCAINE | 1992-08-11 | NUECES | 92-CR-0889-E | 25-00-00 |
| | | | | | |